IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DAVID TAMBLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:14-cv-00130 (LO/IDD) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Compel, Or, In The Alternative, Plaintiff's Motion in Limine [Dkt. No. 64] is **GRANTED in part** and **DENIED in part**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 29th day of August 2014.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge